# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

FIDELITY WARRANTY SERVICES,  :
INC., and JIM MORAN AND       :
ASSOCIATES, INC.,             :
                              :
            Plaintiffs,       :
                              :
v.                            :
                              :
EDISON MOTOR CARS, INC. d/b/a :
BRAD BENSON HYUNDAIR, BRAD W. :
BENSON, DAVID SCOTT CANTIN,   :
and JOSEPH A. LICCARDI,       :
                              :
            Defendants.       :

Civil Action No.: 3:16-cv-05728-MAS-LHG

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT AGAINST DEFENDANT DAVID SCOTT CANTIN FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12(b)(5) AND, IN THE ALTERNATIVE, FOR AN ORDER VACATING CLERK'S ENTRY OF <u>DEFAULT</u>**

**TO:    HONORABLE MICHAEL A. SHIPP, U.S.D.J.**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Court Room: 5W
Trenton, New Jersey  08608

Naim Surgeon, Esq.
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida  33131
*Attorneys for Plaintiffs*

Steven Mitnick, Esq.,
P. O. Box 530
Oldwick, New Jersey 08858
*Assignee for Edison Motor Cars, Inc.*

Melinda D. Middlebrooks
Middlebrooks Shapiro, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
*Attorneys for Defendant Brad W. Benson*

All Parties Requesting Notice via CM/ECF

**PLEASE TAKE NOTICE** that on January 2, 2018, or as soon thereafter as counsel may be heard, David Scott Cantin, the above-captioned Defendant (the "Defendant"), by and through his counsel, Cyruli Shanks Hart & Zizmor, LLP, shall move before the Honorable Michael A. Shipp, U.S.D.J., Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, New Jersey 08608, on the Defendant's Motion to Dismiss the Complaint for Failure to Obtain Jurisdiction, and, alternatively, for an Order Vacating Clerk's Entry of Default (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Defendant will rely upon the Application in Support of Motion, Declaration of David Scott Cantin in Support of Motion, Declaration of Jeffrey C. Ruderman, Esq., and the proposed Order submitted herewith.

Oral argument is not requested on the within Motion.

Respectfully submitted,

**CYRULI SHANKS HART
& ZIZMOR LLP**
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800
(232) 661-5350 (fax)
JRuderman@cshzlaw.com
Attorneys for Defendant,
David Scott Cantin

/s/ Jeffrey C. Ruderman
By: Jeffrey Ruderman, Esq. (JR-7812)

Dated: November 28, 2017